IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Majewski, Edmond | Case Number: 05 B 06335 |
|---|---|---|
|  | Majewski, Laura A | Judge: Goldgar, A. Benjamin |
|  | Printed: 12/28/07 | Filed: 2/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 13, 2007
Confirmed: April 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,851.41 |  |
| Secured: |  | 18,778.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 350.00 |
| Trustee Fee: |  | 968.58 |
| Other Funds: |  | 1,753.89 |
| Totals: | 21,851.41 | 21,851.41 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James M. Philbrick | Administrative | 350.00 | 350.00 |
| 2. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 4. | United Bank | Secured | 0.00 | 0.00 |
| 5. | Sterling Inc | Secured | 1,641.17 | 839.35 |
| 6. | Monterey Financial Services | Secured | 438.29 | 214.92 |
| 7. | United States Dept of HUD | Secured | 1,848.74 | 970.07 |
| 8. | United Bank | Secured | 5,444.27 | 2,856.72 |
| 9. | Mortgage Electronic Registration Sys | Secured | 15,548.31 | 4,096.41 |
| 10. | Sherman Acquisition | Secured | 1,120.36 | 79.57 |
| 11. | Charter One Auto Finance | Secured | 7,019.79 | 3,590.31 |
| 12. | General Motors Acceptance Corp | Secured | 12,168.04 | 6,131.59 |
| 13. | Premier Bankcard | Unsecured | 77.28 | 0.00 |
| 14. | Cavalry Portfolio Services | Unsecured | 212.05 | 0.00 |
| 15. | Cavalry Portfolio Services | Unsecured | 171.73 | 0.00 |
| 16. | Cavalry Portfolio Services | Unsecured | 356.69 | 0.00 |
| 17. | MBNA America | Unsecured | 481.29 | 0.00 |
| 18. | National Financial Holdings | Unsecured | 125.80 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 40.12 | 0.00 |
| 20. | Premier Bankcard | Unsecured | 83.52 | 0.00 |
| 21. | Premier Bankcard | Unsecured | 77.04 | 0.00 |
| 22. | Premier Bankcard | Unsecured | 76.75 | 0.00 |
| 23. | Premier Bankcard | Unsecured | 42.37 | 0.00 |
| 24. | Sherman Acquisition | Unsecured | 172.19 | 0.00 |
| 25. | Asset Acceptance | Unsecured | 405.00 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Majewski, Edmond  
Majewski, Laura A  
Printed: 12/28/07

Case Number: 05 B 06335  
Judge: Goldgar, A. Benjamin  
Filed: 2/23/05

| | | | | |
|---|---|---|---:|---:|
| 26. | Sherman Acquisition | Unsecured | 292.31 | 0.00 |
| 27. | Monterey Financial Services | Unsecured | 50.40 | 0.00 |
| 28. | Resurgent Capital Services | Unsecured | 343.03 | 0.00 |
| 29. | Diane C Milek | Unsecured | 729.40 | 0.00 |
| 30. | National Capital Management | Unsecured | 567.84 | 0.00 |
| 31. | Sterling Inc | Unsecured | 58.44 | 0.00 |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 34. | Bally's Health Club | Unsecured | | No Claim Filed |
| 35. | Midland Credit Management | Unsecured | | No Claim Filed |
| 36. | MCI | Unsecured | | No Claim Filed |
| 37. | Menards | Unsecured | | No Claim Filed |
| 38. | SBC | Unsecured | | No Claim Filed |
| 39. | Midland Credit Management | Unsecured | | No Claim Filed |

$ 49,942.22     $ 19,128.94

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 76.11 |
| 3% | 80.23 |
| 5.5% | 340.65 |
| 5% | 101.93 |
| 4.8% | 191.12 |
| 5.4% | 178.54 |
| | $ 968.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

